# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CFA INSTITUTE,

        Plaintiff(s),

v.

ROBERT HIXON and HIXON HOLDINGS, LLC,

        Defendant(s).

2:13-CV-2258 JCM (NJK)

## ORDER

Presently before the court is the matter *CFA Institute v. Robert Hixon et al.*, case number 2:13-cv-02258-JCM-NJK.

On January 9, 2014, *pro se* defendant Robert Hixon filed a document in this matter captioned "summons response." (Doc. # 8). This document was labeled on the court's docket as an answer to plaintiff's complaint. Upon inspection, it appears that defendant intended for this document to serve as a motion to dismiss rather than an answer to plaintiff's complaint, as it specifically requests dismissal four separate times. Also, the document does not assert a list of admissions and denials, which is common practice in an answer to a complaint.

Therefore, the court will construe defendant Hixon's January 9, 2014, filing as a motion to dismiss and will set a standard briefing schedule for a response and reply.

Additionally, defendant Hixon Holdings, LLC shall have up to, and including, March 7, 2014 in which to file an answer to plaintiff's complaint in this case. Defendant Hixon Holdings is

**James C. Mahan**
**U.S. District Judge**

encouraged to comply with the requirements of Federal Rule of Civil Procedure 8 with its answer.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the clerk is directed to re-file defendant Hixon's "summons response" (Doc. # 8) as a motion to dismiss, and set a briefing schedule pursuant to local rule 7-2.

IT IS FURTHER ORDERED that defendant Hixon Holdings, LLC shall have up to, and including, March 7, 2014 in which to file an answer to plaintiff's complaint in this case.

DATED February 12, 2014.

_____
UNITED STATES DISTRICT JUDGE